UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VALLE,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Respondents | Case No. 2:23-cv-00583-DSF-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 8, 2024 Report and Recommendation of United States Magistrate Judge.

    IT IS HEREBY ORDERED that (1) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 is denied as moot and this action is dismissed without prejudice; (2) Judgment shall be entered accordingly; and (3) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondents.

    IT IS SO ORDERED.

DATED: April 1, 2024

                                      HONORABLE DALE S. FISCHER<br>                                      UNITED STATES DISTRICT JUDGE