JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VALLE, | Case No. 2:23-cv-00583-DSF-JC |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 is denied and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: April 1, 2024

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE